UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00527

**Derek Clinton Ward,**
*Plaintiff,*

v.

**Kevin Settle,**
*Defendant.*

# ORDER

On September 30, 2020, plaintiff Derek Clinton Ward, proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On October 20, 2020, the magistrate judge instructed plaintiff to file an initial partial filing fee. Doc. 8. Plaintiff failed to do so. On December 8, 2020, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey a court order. Doc. 10. Neither party objected to the report. When no party objects to a magistrate judge's report, the court reviews its findings for clear error, abuse of discretion, and legal conclusions contrary to law. *See Douglass v. United Servs. Auto. Ass'n.*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

There being no objections, and the court being satisfied that the report contains no clear error, the court **accepts** the magistrate judge's findings and conclusions. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on January 26, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge